UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

June 24, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.  2:08-cr-125 EJG |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Edward Rosillo, ) | |
| ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  Edward Rosillo   Case 2:08-cr-125 EJG  from

custody subject to the conditions contained in the attached "Notice to Defendant Being Released"

and for the following reasons:

    \_       Release on Personal Recognizance

    \_       Bail Posted in the Sum of _____

    _X_    Secured bond in the amount of $140,000, secured by the equity in the

           real properties owned by defendant's mother and brother

    \_       Appearance Bond with 10% Deposit

    \_       Appearance Bond secured by Real Property

    \_       Corporate Surety Bail Bond

    _X_    (Other) PTS conditions/supervision;

Issued at _Sacramento, CA_ on 6/24/08 _____ at 1:40 p.m.

By _____

Kimberly J. Mueller,
United States Magistrate Judge