1  Evans D. Prieston, CSB No. 100097
   Attorney at Law
2  75 Rowland Way, Suite 350
   Novato, California 94945
3  Telephone: (415) 878-0030
   Facsimile: (415) 878-0035
4
   Attorneys for Defendant
5  EDWARD ROSILLO

6

7

8           IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,        | CASE NO.:  CR-S-08-0125 EJG
11 |         Plaintiff,               | **STIPULATION AND ORDER CONTINUING THE SENTENCING HEARING AND EXCLUDING TIME**
12 |     v.                           |
13 | EDWARD ROSILLO, et al.,          |
14 |         Defendants.              |

15

16       Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason

17 Hitt, and defendant Edward ROSILLO, by and through his counsel, Evans D. Prieston, Esq.,

18 stipulate and agree that the currently-set sentencing hearing on January 29, 2010, should be

19 continued to February 12, 2010, at 10:00 a.m.  The parties further stipulate that the time period

20 from January 29, 2010, up to and including the new sentencing hearing date of February 12, 2010,

21 should be excluded from computation of the time for commencement of trial under the Speedy Trial

22 Act, as L. Clanton, U.S. Probation Officer, advised that she did not receive defendant's counsel's

23 formal objection to the Pre-Sentencing Report.  L. Clanton has requested the sentencing hearing be

24 rescheduled for two weeks.

25 //

26 //

27

28

-1-

1  For these reasons, the defendant, defense counsel, and the government agree to continue the
2  sentencing hearing date due to U.S. Probation Officer L. Clanton's request for a continuance and, in
3  addition, in the interests of justice under 18 U.S.C. § 3161(h) (8) (B) (iv) and Local Code T4.

4  Respectfully Submitted,

5

6  Dated: January 28, 2010  By: /s/ Evans D. Prieston
    Evans D. Prieston
7  Attorney for Defendant Edward ROSILLO

8

9  McGREGOR W. SCOTT
   United States Attorney

10

11  Dated: January 28, 2010  By: /s/ Jason Hitt
    Authorized to sign for Mr. Hitt on 1/28/10
    JASON HITT
12  Assistant U.S. Attorney

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The sentencing hearing set for January 29, 2010, at 10:00 a.m. is vacated;

2. A sentencing hearing is set for February 12, 2010, at 10:00 a.m.; and

3. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h) (8) (B) (iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from January 29, 2010, up to and including February 12, 2010.

Dated: 1/29/2010

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge