Evans D. Prieston, CSB No. 100097
Attorney at Law
75 Rowland Way, Suite 350
Novato, California  94945
Telephone:  (415) 878-0030
Facsimile:   (415) 878-0035

Attorney for Defendant
EDWARD ROSILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:   2:08-cr-00125-EJG |
|---|---|
| Plaintiff, | **ORDER RE APPLICATION EXONERATING BAIL** |
| v. | |
| EDWARD ROSILLO, et al., | |
| Defendants. | |

Defendant Edward Rosillo's Application Exonerating Bail is hereby GRANTED. The Clerk of the Court in the above-entitled action shall reconvey the property posted for bail to the original property owners.

Dated:      8/23/2010             /s/
                                  EDWARD J. GARCIA
                                  United States District Judge

Proposed Order re Application Exonerating Bail      1